# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-02-00362-CR
### NO. 03-02-00363-CR
### NO. 03-02-00364-CR

**Christopher Darnell Stratton, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NOS. 52,701, 52,702 & 52,703, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

Appellant=s motions to dismiss these appeals are granted. *See* Tex. R. App. P. 42.2(a).

The appeals are dismissed.

_____

Mack Kidd, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant=s Motion

Filed: August 8, 2002

Do Not Publish